UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JOY T. NICHOLS,                          )
                                         )
                    Plaintiff,           )
                                         )       **JUDGMENT IN A CIVIL CASE**
        v.                               )
                                         )       **CASE NO. 5:18-CV-344-D**
ANDREW M. SAUL, Commissioner of Social   )
Security,                                )
                    Defendant.           )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the
M&R [D.E. 20]. The court GRANTS plaintiff's motion for judgment on the pleadings [D.E. 13],
DENIES defendant's motion for judgment on the pleadings [D.E. 20], and REMANDS the action
to the Commissioner under 42 U.S.C. § 405(g) .

**This Judgment Filed and Entered on August 7, 2019, and Copies To:**
Christa A. McGill                        (via CM/ECF electronic notification)
Amanda B. Gilman                         (via CM/ECF electronic notification)

DATE:                            PETER A. MOORE, JR., CLERK
August 7, 2019                   (By) _/s/ Nicole Sellers_____
                                  Deputy Clerk