IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-00344-D

| | |
|---|---|
| JOY T. NICHOLS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW SAUL,[1] ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | ORDER FOR PAYMENT OF <br> ATTORNEY FEES AND COSTS <br> UNDER THE EQUAL ACCESS <br> TO JUSTICE ACT |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $3,950.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. Plaintiff will also be reimbursed $400.00 in costs for the filing fees from the Treasury Judgment Fund. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Christa A. McGill, and mailed to her office McGill & Noble, LLP, 3518 Westgate Drive, Ste. 425, Durham, North Carolina 27707, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this ___13___ day of November, 2019

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).